# United States District Court

__EASTERN__  DISTRICT OF __MICHIGAN__

UNITED STATES OF AMERICA

V.

JOSE RAMON REYES-SANCHEZ

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER:

06-30021

FILED

JAN 1 1 2006

CLERK'S OFFICE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JANUARY 2, 2006__ in __DETROIT__ Wayne county, in the __Eastern__ District of __Michigan,__ defendant, did (Track Statutory Language of Offense)

knowingly, willfully and unlawfully move and travel in interstate commerce; to wit:
from **Michigan to State of Texas** with the intent and purpose of avoiding prosecution
for Murder (2 counts) and Felony Firearm, which are felonies under the laws of the State of Michigan

in violation of Title __18__ United States Code, Section(s) __1073__ I further state that I am a __Special Agent__ and that this complaint is based on the following facts:
                    Official Title

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

Signature of Complaint
S/A George Nikolopoulos
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__January 11, 2006__                    at    __Detroit, Michigan__
Date                                              City and State

__United States Magistrate Judge, Honorable Mona Majzoub__
Name & Title of Judicial Officer                                    Signature of Judicial Officer

## A F F I D A V I T

Special Agent George Nikolopoulos, Federal Bureau of Investigation, after being duly sworn, deposes and says the following:

1. On January 1, 2006, an arrest warrant was issued by the 36th District Court, Detroit, Michigan, charging Jose Ramon Reyes-Sanchez, defendant herein, with Murder (2 counts) and Felony Firearm, which are felonies under the laws of the State of Michigan. The Detroit Police Department is currently holding a valid warrant for the arrest of the defendant on the charges stated above based on the alleged crime.

2. On January 3, 2006, the Office of the Prosecuting Attorney, Wayne County, Detroit, Michigan, requested assistance from the Federal Bureau of Investigation, Detroit, Michigan, to locate and apprehend the defendant based on recommendation from the Detroit Police Department.

3. Investigation has revealed that the defendant fatally shot two males on December 31, 2005. The shooting was the result of a verbal confrontation. Several witnesses at the scene, identified the defendant as the perpetrator. The defendant was known by the victim. The defendant is known to the witnesses. The defendant is aware that his identity is known to law enforcement.

4. Attempts to locate the defendant by the Detroit Police Department has proved futile. As a result of investigative contacts with associates of the defendant and a National Crime Information Center inquiry, information was received that the defendant was observed in the State of Texas by law enforcement officers. Unaware of fugitive's wanted status, the defendant was released. The defendant has fled to avoid apprehension and prosecution.

5. The above is known to the undersigned to be true through reliable information obtained from results of investigation conducted by the Detroit Police Department and the Metropolitan Major Crime Task Force.

George Nikolopoulos
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this the  11 th. day of January, 2006

U.S. Magistrate Judge, Mona Majzoub